[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 22, 2011
JOHN LEY
CLERK

No. 10-15169
Non-Argument Calendar
_____

D.C. Docket No. 1:08-cr-00488-JEC-ECS-6

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANGEL COVARRUBIAS,
a.k.a. Guero,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 22, 2011)

Before DUBINA, Chief Judge, HULL and BLACK, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Angel Covarrubias in this

direct criminal appeal, has filed a renewed motion to withdraw from further

representation of the appellant, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's renewed motion to withdraw is **GRANTED**, and Covarrubias's conviction and sentence are **AFFIRMED**.